1

2

3

4

5

6                           **UNITED STATES DISTRICT COURT**

7                                 **DISTRICT OF NEVADA**

8

9

10

11  FEDERAL DEPOSIT INSURANCE CORP.,       )
                                            )
12              Plaintiff,                   )
                                            )
13         v.                                )            3:13-cv-00084-RCJ-VPC
                                            )
14  JAMES MICHAEL JACOBS et al.,            )                 **ORDER**
                                            )
15              Defendants.                  )
                                            )
16  _____      )

17         This case arises out of the failure of a bank due to alleged malfeasance by its directors and

18  officers in approving bad loans.  The Court previously granted Plaintiff leave to file the Second

19  Amended Complaint ("SAC").  While the motion for leave to file the SAC was pending, Defendant

20  James Jacobs asked the Court to strike paragraph 15 of the SAC, because in addition to allegations

21  concerning a loan at issue, it contains allegations concerning three loans not at issue.  The Court will

22  not strike those allegations.  Although recovery is only sought based on losses incurred due to one of

23  the four loans, the allegations are not themselves scandalous or impertinent.  Whether evidence

24  related to the three loans for which recovery is not directly sought in the SAC is admissible is a

25  question to be determined via a motion in limine or at trial.  Jacobs has also asked the Court to strike

26  paragraph 17 of the SAC because it contains inadmissable hearsay concerning the state of the

27  Nevada economy in 2006 in the form of quotations from newspaper articles.  The Court will not

28  strike the allegations.  Even assuming those articles are inadmissible, allegations in a complaint need

    not be based on admissible evidence but need only be made in good faith.  There is no indication that

the allegation that the cited newspaper articles in fact existed is not made in good faith.  Summary judgment and trial are the points at which a plaintiff must prove his case with admissible evidence.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Strike (ECF No. 137) is DENIED.

IT IS SO ORDERED.

Dated this 16th day of December, 2014.

_____
ROBERT C. JONES
United States District Judge