Gregory F. Wilson, Esq.
Nevada Bar No. 2517
GREGORY F. WILSON & ASSOCIATES, P.C.
1495 Ridgeview Drive, Suite 120
Reno, NV 89519
(775) 360-4910 Telephone
(775) 360-4911 Facsimile
gfw@gfwilsonlaw.com
        and
Joel R. Hogue, Esq., (*pro hac vice*)
Texas Bar No. 09809720
M. Chase Hales, Esq., (*pro hac vice*)
Texas Bar No. 24083124
Andrew Evans, Esq., (*pro hac vice*)
Texas Bar No. 00796519
SPROUSE SHRADER SMITH, PLLC
701 Taylor, Suite 500
Amarillo, TX  79101
(806) 468-3300
(806) 373-3454 Facsimile
joel.hogue@sprouselaw.com
ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER OF CARSON RIVER COMMUNITY BANK<br>Plaintiff and Counter Claim Defendant,<br>vs.<br>JAMES M. JACOBS,<br>Defendant and Counterclaimant,<br>CHARLIE GLENN,<br>    Defendant,<br>JAMES M. JACOBS, Crossclaimant<br>  vs.<br>DANIEL DYKES, CHARLIE GLENN, RICHARD MCCOLE, AND BYRON WAITE<br>    Crossclaim Defendants. | Case No.: 3:13-CV-00084-RCJ (VPC)<br><br>**FINAL JUDGMENT AGAINST DEFENDANT CHARLIE GLENN** |

This matter comes before the Court on the Joint Motion for Entry of Judgment ("Motion") filed by Plaintiff Federal Deposit Insurance Corporation, as Receiver of Carson River Community Bank ("FDIC-R") and Defendant Charlie Glenn ("Glenn") based upon a settlement

agreement entered into between the FDIC-R and Glenn.  Having considered the Motion and the exhibits thereto, the Court **FINDS AS FOLLOWS:**

1. Defendant Glenn stipulates to the truth of the allegations against him contained in the Second Amended Complaint filed by the FDIC-R;

2. The FDIC-R's allegations against Glenn state a claim upon which relief may be granted;

3. This Court has jurisdiction of the subject matter of this action and personal jurisdiction over the FDIC-R and Glenn.  Venue in the District of Nevada is proper;

4. The damages sustained by the FDIC-R on the Merrill Construction loan, after giving credit for settlements achieved with others, is $1,742,798.94;

5. Entry of this judgment is fair, reasonable, and equitable and does not violate the law or public policy; and

6. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason to delay entry of judgment against Glenn.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this motion is granted and  judgment is entered against Glenn in favor of the FDIC-R in the amount of $1,742,798.94, with post judgment interest accruing at the rate of 0.21% per annum, along with costs.  This judgment is final as to all claims between the FDIC-R and Glenn.  All relief between the FDIC-R and Glenn not addressed herein is denied.

DATED: __ February 10, 2015 ___

_____
Honorable United States District Judge