# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES MICHAEL JACOBS et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 3:13-cv-00084-RCJ-VPC <br><br> **ORDER** |

This case arises out of the failure of a bank due to alleged malfeasance by its directors and officers in approving bad loans. Pending before the Court are a Motion in Limine (ECF No. 199) and a Motion to Voir Dire Prospective Jurors (ECF No. 200). Because the parties have entered into binding settlement agreements on the record before the Magistrate Judge, the Court denies the present motions as moot.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion in Limine (ECF No. 199) and the Motion to Voir Dire Prospective Jurors (ECF No. 200) are DENIED as moot.

IT IS SO ORDERED.

Dated: This 19th day of February, 2015.

_____
ROBERT C. JONES
United States District Judge